IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 22-cv-00160 |
| L.C. JORDAN & SON, A PARTNERSHIP, and TEXAS STATE BANK, | | |
| Defendants. | | |

### PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff Philadelphia Indemnity Insurance Company ("Philadelphia") notifies the Court as follows:

1. Philadelphia has reached a settlement agreement with respect to all claims asserted against Defendant L.C. Jordan & Son, A Partnership ("LC Jordan") in this case.

2. Philadelphia has also reached a settlement agreement with respect to all claims asserted against Defendants in *Philadelphia Indem. Ins. Co. v. L.C. Jordan & Son, A Partnership, Lawrence C. Jordan, Susie Jordan, John Jordan, and Jodi Jordan*, Civil Action No. 9:21-cv-00280 pending before this Court.

3. LC Jordan has been served with process but has not filed an answer in this case. Texas State Bank moved to dismiss Philadelphia's claims under Rule 12(b)(6). Texas State Bank will not be a signatory to the settlement agreement, but Philadelphia has agreed to dismiss its claims against Texas State Bank as part of the agreement.

4. Philadelphia is in the process of preparing final settlement documents. Upon their execution, Philadelphia will voluntarily dismiss its claims against LC Jordan and Texas State Bank.

5. Philadelphia requests that the court suspend all briefing deadlines and refrain from ruling on Texas State Bank's motion to dismiss.

    Respectfully submitted,

    */s/ Mike F. Pipkin*
    MIKE F. PIPKIN
    State Bar. No. 16027020
    SCOTT MCFADIN
    State Bar No. 24098074

    **WEINSTEIN RADCLIFF PIPKIN LLP**
    8350 N. Central Expressway, Suite 1550
    Dallas, TX 75206
    Telephone:(469) 629-5300
    Facsimile: (214) 865-6140
    E-Mail:   mpipkin@weinrad.com
               smcfadin@weinrad.com

    **ATTORNEYS FOR PLAINTIFF**
    **PHILADELPHIA INDEMNITY INSURANCE**
    **COMPANY**