IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| PILADELPHIA INDEMNITY INSURANCE COMPANY, § § § *Plaintiff,* § § VS. § § L.C. JORDAN & SON, A § PARTNERSHIP, AND TEXAS STATE § BANK § § *Defendants.* § | CIVIL ACTION NO. 9:22-CV-00160 JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Stipulation of Dismissal. [Dkt. 11]. The Parties are seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). To the extent that the Parties' dismissal is not yet in effect, the above-styled cause is dismissed with prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 30th day of January, 2023.**

Michael J. Truncale
United States District Judge